UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUD ROSSMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>S. FAROUGHI, et al.,<br><br>    Defendant(s). | Case No. 25-cv-07080-CRB (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 5) |

    While Plaintiff Brud Rossmann was incarcerated at the Maryland Reception, Diagnostic and Classification Center, he filed the instant pro se action alleging various wrongdoing by doctors S. Faroughi and Omar Smith of Washington, DC, and Judge David Albouby of Baltimore, MD, in connection with plaintiff's criminal prosecution in Maryland state court. Plaintiff also moves for leave to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915 (ECF No. 5) which, based solely on his affidavit of poverty, is granted.

    Venue is proper in a judicial district in which: (1) any defendant resides, if all defendants are residents of the state in which the district is located; (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). In plaintiff's purported action against defendants in Washington, DC and Baltimore, MD for events or omissions in Washington, DC and/or Baltimore, MD, that means that venue properly lies in the United States District Court for the District of Columbia or in the United States District Court for the District of Maryland. See 28 U.S.C. §§ 88, 100. It does not lie in this court.

    Where an action is filed in the wrong venue, a district court has discretion either to dismiss the case or, "if it be in the interest of justice," transfer the case to the proper federal district court. 28 U.S.C. § 1406(a).

Good cause appearing therefor, this action is dismissed without prejudice to plaintiff refiling it in the United States District Court for the District of Columbia or in the United States District Court for the District of Maryland. See In re Hall, 939 F.2d 802, 804 (9th Cir. 1991) (dismissal for improper venue does not go to merits of case and therefore must be without prejudice).

The clerk is instructed to terminate as moot the pending motion appearing on ECF as item number 5 and to close the case.

**IT IS SO ORDERED**.

Dated: October 8, 2025

_____
CHARLES R. BREYER
United States District Judge